# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE LAMAR CAMPBELL, | ) | No. CV 11-8610-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 31, 2012.

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE